978

No. 75–6266. TREMARCO v. ATTORNEY GENERAL OF THE UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–6268. YOUNG v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6273. McCORMICK v. FARMERS HOME ADMINISTRATION ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–6278. MILLER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–6279. ZITZER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6280. MAPP v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–6282. HUGHES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6283. BLANKENSHIP v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–6284. MONTOYA-GONZALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6287. SHRIVER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–6291. DANDAR v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–6292. DOWS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.